48

(No. 5697— )

DRAUGHON'S BUSINESS COLLEGE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

*Opinion filed February 26, 1970.*

DRAUGHON'S BUSINESS COLLEGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5701— )

RAMBO FUNERAL HOME, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 26, 1970.*

RAMBO FUNERAL HOME, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5717— )

JAMES E. COEUR, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed February 26, 1970.*

JAMES E. COEUR, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.